UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEVAR GAYLE,<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendant. | No. 17-CV-8942 (LAP)<br><br>No. 07-CR-03-23 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    In light of the Court's denial of Mr. Gayle's motion [dkt. no. 15] to vacate, set aside, or correct his conviction and sentence under 28 U.S.C. § 2255, the Clerk of the Court shall mark this case closed and all pending motions denied as moot.

**SO ORDERED.**

Dated:    October 23, 2020
           New York, New York

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge